972

No. 1302, Misc. DARLING v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1307, Misc. FOSTER v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1319, Misc. REDFIELD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1320, Misc. KURTH v. BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1324, Misc. HUDSON v. DICKSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1325, Misc. BAILEY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Franklin M. Schultz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1343, Misc. POWELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1347, Misc. FLORES v. BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.